UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:13-cr-26-Orl-36TBS

JOHN FRANCIS WILLIAMS

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Seal Exhibit 1 to Defendant's Motion to Compel a Brain Pet Scan to Supplement Defendant's Competency Evaluation Pursuant to 18 U.S.C. § 4241(b) (Doc. 82). Defendant's motion seeks leave of Court to file under seal, a copy of the December 9, 2013 report of neurologist Kenneth C. Fischer, M.D. Defendant represents that the report contains Defendant's sensitive medical and mental health information. He desires to file the report under seal in support of his opposed Motion to Compel a Brain Pet Scan in Compliance with this Court's Order (D.E. 65) to Supplement Defendant's Competency Evaluation Pursuant to 18 U.S.C. § 4241(b). (Doc. 81). Defendant represents that the Government does not oppose the motion to seal.

After due consideration, the motion to seal (Doc. 82) is GRANTED. Defendant is authorized to file the December 9, 2013 report of Dr. Kenneth C. Fischer, M.D. under seal. This report shall remain sealed until further Order of the Court or the conclusion of this case (including appeals), whichever occurs first. If the report is still under seal at the conclusion of this case, then it is the responsibility of Defendant's lawyers to retrieve it from the Clerk of Court.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on December 13, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Defendant